IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

EVERLY SCOTT LIPPWE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-0576

_____/

Opinion filed March 13, 2015.

An appeal from the Circuit Court for Escambia County.
Linda L. Nobles, Judge.

Melissa Joy Ford, Assistant Conflict Counsel, Tallahassee, for Appellant.

No Appearance for Appellee.

PER CURIAM.

        AFFIRMED.

MARSTILLER, SWANSON, and OSTERHAUS, JJ., CONCUR.